**Opinion issued November 22, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-21-00272-CV**

———————————

## IN RE JOYCE COLUMBUS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Joyce Columbus, challenges the trial court's order denying relator's motion for partial summary judgment.[1]

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Kelly, Landau, and Farris.

---

[1] The underlying case is *Bishop Kindle v. Joyce Columbus, Trustee of the WNB Family Trust, Joe G. Bax, and Patrice Michel Bax*, cause number 035118, pending in the 12th District Court of Grimes County, Texas, the Honorable David Moorman presiding.